# FORM 1. SUMMONS

**State of Minnesota**                                   **District Court**

County of Beltrami                                9th Judicial District

Andrew Joseph Haman,                Court File Number: _____
                                    Case Type: Civil Suit
                  Plaintiff,

vs.                                              **Summons**

1) Beltrami County  2) City of Bemidji
3) Deputy Jason Riggs
4) Deputy Charles Nelson   Defendant.
5) Deputy Joseph Kleszyk       8) Deputy Anthony Petrie
6) Deputy Martin Gack          9) Beltrami County sheriffs office
7) Deputy Russell Platz

THIS SUMMONS IS DIRECTED TO Beltrami County.

1. **YOU ARE BEING SUED.** The Plaintiff has started a lawsuit against you. The Plaintiff's Complaint against you [is attached to this summons] [is on file in the office of the court administrator of the above-named court].* Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no court file number on this summons.

2. **YOU MUST REPLY WITHIN 21** DAYS TO PROTECT YOUR RIGHTS.** You must give or mail to the person who signed this summons **a written response** called an Answer within 21** days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this summons located at:

1000 Lake Shore Drive, Moose Lake, MN, 55767

3. **YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should not be given everything asked for in the Complaint, you must say so in your Answer.

4. **YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED THIS SUMMONS.** If you do not Answer within 21** days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the complaint. If you do not want to contest the claims stated in the complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the complaint.

    **5. LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

    **6. ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

    [7. To be included only if this lawsuit affects title to real property:

THIS LAWSUIT MAY AFFECT OR BRING INTO QUESTION TITLE TO REAL PROPERTY located in _____ County, State of Minnesota, legally described as follows:

    [Insert legal description of property]

The object of this action is: _Civil Monetary relief_

_Andrew Haman_                           _9/27/2020_
Plaintiff's attorney's signature                        Dated

_Andrew Joseph Haman_
Print or type plaintiff's attorney's name

    \* Use language in the first bracket when the complaint is served with the summons, language in the second bracket when the complaint is filed and the summons is served by publication.

    \*\* Use 21 days, except that in the exceptional situations where a different time is allowed by the court in which to answer, the different time should be inserted.

| | |
|---|---|
| State of Minnesota | District Court |
| County of Beltrami | 9th Judicial District |
| | Civil Lawsuit |

Andrew Joseph Haman

Plaintiff,

V.S.

1) Beltrami County
2) City of Bemidji
3) Deputy Jason Riggs
4) Deputy Charles Nelson
5) Deputy Joseph Kleszyk
6) Deputy Martin Gack
7) Deputy Russell Platz
8) Deputy Anthony Petrie
9) Beltrami County Sheriffs office          Defendant.

File #_____

Complaint

The Plaintiff Complains of defendants & alleges deprivision; destruction; negligence; damage of property @ residence 1642 Pamela Court, Bemidji, MN, 56601 as follows:

1) Violation of constitution of the United States: 5th Amendment & 14th Amendment section 1 for deprivision of property without due process of law, on October 3rd 2014.

2) Defendants seized, Dismantled property (mycology lab) that did not constitute a crime: Laminar Flow Hood Roughly valued @ $3,200 that was negligently stored outside on the ground, unprotected from Rain & snow from October 3rd 2014 to March 19th 2015.

3) Defendants seized & negligently stored 85 petri dishes of isolated wild native MN saprophytic fungi of various species of commercial value. Each culture/petri dish is valued by the ATCC - American Type Culture Collection @ $375/culture (petri dish)

3 continued) All 85 cultures were vaccume sealed in air tight plastic resulting in the death of all 85 cultures. Each culture valued @ $375.00 × 85 = $31,875.0 October 3rd, 2014 to March 19, 2015

4) 350 pounds, at least of 1st generation spawn valued @ $50/# valued @ $17,500 & over 10 gallons of liquid Culture. Destroyed

5) Atleast 112 bags of various labled Dried specimens. Valuation in collection time & identification of species & research. Requesting $10,000 compensation for destruction of said Dried fungal collection.

6) Defendants seized spore prints on tin foil located inside the numerous bags of dried mushrooms. Requesting $2,000 compensation for their destruction.

7) honey mushrooms located in Dehydrator; on Kitchen tables; in vehicle (green chevy s10) inside large totes, in Driveway. estimated 100 Lb @ $30/# = $3000 were seized & destroyed

8) Safe 2 cft destroyed. $300. on october 3rd 2014 by defendants.

9) loss of a business opportunity that plaintiff was unable to accomplish because of the deprivation & destruction of his property by Defendants.

10) Caused extream Mental anguish & suffering, stress.

<u>Pleading for demand for relief</u>

Wherefore plaintiff demands Judgement in the amount of $3,200 for Laminar Flow Hood; $31,825 for negligently handling & ultimate death of 85 cultures on petri dishes; $17,500 for destruction of over 350 Lb's & over 10 gallons of Liquid Culture; $10,000 for dried fungal collection; $2,000 for spore prints on tin foil; $3000 for fresh honey mushrooms seized & destroyed (100Lb); $300 for destruction/damage of safe;

& reasonable damages as the Court may determine to be Just for violating Plaintiffs 5th & 14th Constitutional rights & loss of business opportunity as well for causing extream mental anguish & suffering, Stress. All in the total amount of relief to plaintiff of $67,875 Plus additional amounts in relief as determined by the Court to be reasonable damages for Constitutional rights violation, loss of business opportunity as well additionally for causing extream mental anguish & suffering, Stress, plus interest, costs & dispursments.

*Andrew Haman*
Self Represented Andrew Joseph Haman 9/27/2020
OID 259753
1000 Lake Shore Drive
Moose lake, MN, 55767