# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

ANDREW JOSEPH HAMAN,

    PLAINTIFF,

V.

BELTRAMI COUNTY, et al.,

    DEFENDANTS.

Civil No. 20-2277 (JRT/HB)

**ORDER ON REPORT AND RECOMMENDATION**

    Andrew Joseph Haman, OID 259753, MCF-Moose Lake, 1000 Lake Shore Drive, Moose Lake, MN 55767, *pro se* plaintiff.

    Jason M Hiveley, Andrew Wolf, **IVERSON REUVERS CONDON,** 9321 Ensign Avenue South, Bloomington, MN 55438, for defendants.

    United States Magistrate Judge Hildy Bowbeer entered a Report and Recommendation on April 8, 2021. No objections have been filed to the Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff Andrew Joseph Haman's Motion to Remand to State Court and to Compel Defendants to Produce Documents [ECF No. 26] is **GRANTED** as to remand and **DENIED WITHOUT PREJUDICE** as to compelling the production of documents;

2. This case is **REMANDED** to the District Court of the State of Minnesota, County of Beltrami, for lack of subject matter jurisdiction;

3. Plaintiff's Motion for Extension of Time to File Reply Memorandum [ECF No. 38] is **DENIED**; and

4. No costs or expenses are awarded to either side.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 28, 2021
in Minneapolis, Minnesota         s/John R. Tunheim
                                  JOHN R. TUNHEIM
                                  Chief Judge
                                  United States District Court